

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Magistrate Barbara C. Moses
United States District Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2023
```

July 13, 2023

Re:   *Case 1:23-cv-01729-PAE-BCM, Campbell v. McDermott Cue Mfg., LLC*
       Request for Adjournment of Conference

Dear Judge Moses:

Plaintiff submits this letter-motion respectfully to seek an adjournment of the initial pretrial conference currently scheduled for July 19, 2023, and all related submission deadlines. Counsel will likely not be available to appear for that conference in-person and, therefore, requests a 21-day adjournment to August 9, 2023 (or a date more convenient to the Court). Defense counsel has graciously consented to this request, and this is the first time either party has made this request.

We thank the Court for its attention and consideration herein.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.

Cc: All Counsel of Record

---

Application GRANTED. The conference currently scheduled for July 19, 2023 is ADJOURNED to **August 15, 2023** at **11:00 a.m.** The parties' joint pre-conference statement is now due by **August 8, 2023**. (*See* Dkt. 19.) SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
July 18, 2023